# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1976
_____

JEFFREY F. NYLAND,

   Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

   Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


January 16, 2019


PER CURIAM.

   The petition for writ of certiorari is denied on the merits.

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jeffrey F. Nyland, pro se, Petitioner.

Rana Wallace, General Counsel, and Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.